UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN MAURICE MARSHALL,<br><br>      Petitioner,<br><br> v.<br><br>DEAN MASON,<br><br>      Respondent. | Case No. C24-254-JNW-MLP<br><br>ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME |

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court on Respondent's second motion for an extension of time to file an answer to Petitioner's petition for writ of habeas corpus. (Dkt. # 10.) Petitioner has not opposed the motion. The Court, having reviewed Respondent's motion, and the balance of the record, hereby ORDERS as follows:

 (1) Respondent's second motion for an extension of time to file his answer to Petitioner's federal habeas petition (dkt. # 10) is GRANTED. Respondent is directed to file and serve his answer not later than *July 12, 2024*.

//

//

ORDER GRANTING RESPONDENT'S
SECOND MOTION FOR EXTENSION
OF TIME - 1

(2)     The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Jamal N. Whitehead.

DATED this 5th day of July, 2024.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
SECOND MOTION FOR EXTENSION
OF TIME - 2