UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN MAURICE MARSHALL, <br><br> Petitioner, <br><br> v. <br><br> DEAN MASON, <br><br> Respondent. | Case No. C24-254-JNW-MLP <br><br> ORDER GRANTING RESPONDENT'S THIRD MOTION FOR EXTENSION OF TIME |

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court on Respondent's third motion for an extension of time to file an answer to Petitioner's petition for writ of habeas corpus. (Dkt. # 12.) Respondent requests a final 10-day extension, to July 22, 2024, to file his answer. Petitioner has not opposed the motion. The Court, having reviewed Respondent's motion, and the balance of the record, hereby ORDERS as follows:

(1) Respondent's third motion for an extension of time to file his answer to Petitioner's federal habeas petition (dkt. # 12) is GRANTED. Respondent's answer was received on July 22, 2024, and has been accepted for filing. The Clerk shall NOTE Respondent's answer on the Court's calendar for consideration on ***August 19, 2024***.

ORDER GRANTING RESPONDENT'S
THIRD MOTION FOR EXTENSION
OF TIME - 1

(2)     The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Jamal N. Whitehead.

DATED this 8th day of August, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
THIRD MOTION FOR EXTENSION
OF TIME - 2