UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARSHALL,<br><br>  Petitioner,<br><br>v.<br><br>MASON,<br><br>  Respondent. | CASE NO. 2:24-cv-00254-JNW-MLP<br><br>ORDER |

The Report and Recommendation ("R&R") of Magistrate Judge Michelle L. Peterson is before the Court. Dkt. No. 18. Petitioner Steven Maurice Marshall filed no objections to the R&R, and the time for filing objections has passed. Having considered the R&R, the remainder of the record, and the relevant law, the Court is satisfied that the R&R contains no errors of law and that there are no clear errors on the face of the record. Fed. R. Civ. P. 72(b); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, the Court ORDERS:

- The Court ADOPTS the Report and Recommendation. Dkt. No. 18.

ORDER - 1

- The Petition for Writ of Habeas Corpus, Dkt. No. 5, is DENIED and this action is DISMISSED with prejudice.

- In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

- The Clerk is directed to send copies of this Order and the accompanying Judgment to Petitioner and to the Hon. Michelle L. Peterson.

Dated this 3rd day of January, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2